# EXHIBIT B

Recording Requested By/Return To:
Prepared By:
Marix Servicing, LLC
1925 West Pinnacle Peak Road
Phoenix, AZ 85027

DOC NO: 00001311
BOOK 2774 PAGE 159

Servicing Number: 116061
Prior No: 4802070
MIN No: 1002610-51000150545

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (herein "Assignor") whose address is P O BOX 2026, FLINT, MI 48501, does hereby grant, sell, assign, transfer and convey, unto WELLS FARGO BANK, N.A. AS TRUSTEE FOR BSSP TRUST SERIES 2007-EMX1, a corporation organized and existing under the laws of the United States (herein "Assignee"), whose address is ONE BRYANT PARK, 38TH FLOOR, NEW YORK, NY 10036, a certain Mortgage dated NOVEMBER 30, 2006, made and executed by ADRIANA RODRIGUEZ, to and in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC. DBA LENDERS NETWORK, upon the following described property situated in PROVIDENCE County, State of RHODE ISLAND:

~~See Legal Description Attached Hereto and Made a Part Hereof~~.

Commonly Known As: 1735 SMITH STREET, NORTH PROVIDENCE, RHODE ISLAND 02911

Such Mortgage having been given to secure payment of $259,250.00, which Mortgage is of record filed on DECEMBER 5, 2006, as No.: 00009935, Book No. 2352, Page 1 of the Official Records of NORTH PROVIDENCE Town, State of RHODE ISLAND, together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on SEPTEMBER 11, 2009.

Mortgage Electronic Registration Systems, Inc.
(Assignor)

Witness Susan Weldon

Witness Valerie D'Angelo

By: _____
George Knight
Vice President for
Mortgage Electronic Registration Systems, Inc.

Attest Patricia Hernandez

STATE OF ARIZONA                §
COUNTY OF MARICOPA           §

RECEIVED FOR RECORD
NORTH PROVIDENCE, RI
Mar 20, 2012 11:03:57A
MaryAnn DeAnselus

On SEPTEMBER 11, 2009 before me, Christine Freeman, personally appeared George Knight Vice President for Mortgage Electronic Registration Systems, Inc., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature Christine Freeman

My Commission Expires: August 28, 2011

OFFICIAL SEAL
CHRISTINE FREEMAN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 28, 2011

243.0010 BK "4"