**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: Mortgage Foreclosure Cases | ) | Misc. No. 11-mc-88-M-LDA |

**RECOMMENDATION OF DISMISSAL**
**FOR FAILURE TO PAY RETAINER FEES**

On November 20, 2013, the Special Master filed an Order directing the following plaintiffs to comply by paying delinquent retainer fees, in the amounts shown and as previously directed, no later than December 2, 2013. As of the date of this writing, these delinquencies have not been fully paid.

The Special Master recommends dismissal of the following cases:

| Case No. | Case Name | Amount Due |
|---|---|---|
| CA 12-269 | Vasquez-Paez v. Mortgage Electronic Registration Services, Inc. et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 12-434 | Hoag v. Mortgage Electronic Registration Systems, Inc. et al (For the quarterly retainers due in August, 2013) | $110 |
| CA 12-505 | Bloomingburgh et al v. Mortgage Electronic Registration Systems, Inc. et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 12-765 | Ahmadjian v. HSBC Bank USA, N.A. (For the quarterly retainer due in August, 2013) | $110 |
| CA 12-843 | Rafael v. Franklin American Mortgage Co. et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 12-891 | Huynh v. Long Beach Mortgage Company, Inc. et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 12-905 | White v. Mortgage Electronic Registration Systems, Inc. et al (For the quarterly retainer due in August, 2013) | $110 |

| Case No. | Case Name | Amount Due |
| --- | --- | --- |
| CA 12-925 | Medina et al v. Wells Fargo Bank, N.A. et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-022 | Gizzarelli v. Federal Home Loan Mortgage Corporation et al.<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-023 | Podmaska et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-039 | Duncan v. Wells Fargo Bank, N.A. et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-046 | Rosario et al v. JP Morgan Chase Bank, N.A.<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-049 | Marandola et al v. Beneficial Rhode Island Inc. et al<br>(For the quarterly retainers due in April and August, 2013) | $250 |
| CA 13-102 | Lanzi et al v. Deustche Bank National Trust Company et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-141 | Simas v. Mortgage Electronic Registration Systems<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-167 | Acevedo v. The Bank of New York Mellon Trust Company, N.A. et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-189 | Pina et al v. Mortgage Electronic Registration Systems et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-196 | Yeboah v. Federal National Mortgage Association<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-220 | O’Neill Jr. et al v. US Bank National Association<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-243 | Husband et al v. PNC Bank, NA<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-272 | Andrews v. Wells Fargo Bank, NA et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-277 | Voas v. Mortgage Electronic Registrations Systems et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-284 | Yang et al v. CCO Mortgage Corp. et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-308 | Enriquez v. PNC Bank, NA et al<br>(For the quarterly retainer due in August, 2013) | $110 |

| Case No. | Case Name | Amount Due |
|---|---|---|
| CA 13-313 | Beauchemin et al v. OneWest Bank FSB et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-328 | Deraimo v. Homework Residential, Inc. et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-353 | Rodriguez v. Mortgage Electronic Registration Systems, Inc. et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-370 | Fonseca v. Bank of America, NA et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-377 | Shurygailo v. Wells Fargo Bank, NA et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-384 | Medeiros et al v. Federal National Mortgage Association<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-386 | Phongsavan et al v. JP Morgan Chase Bank, et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-391 | Harlan et al v. JP Morgan Chase Bank, NA et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-393 | Messina v. US Bank, NA et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-394 | Ferreira v. US Bank National Association<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-409 | Cartier v. Wells Fargo Bank, NA et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-411 | Torres v. Cenlar FSB et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-412 | Andrade v. Argent Mortgage Company, LLC et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-429 | Caito v. Citibank<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-431 | Watkins v. Sand Canyon Corporation et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-433 | Almstrom v. BNC Mortgage, Inc. et al<br>(For the quarterly retainer due in August, 2013) | $110 |
| CA 13-464 | Delva et al v. Deustche Bank National Trust Company<br>(For the quarterly retainer due in August, 2013) | $110 |

| Case No. | Case Name | Amount Due |
|---|---|---|
| CA 13-477 | Caparco v. Mortgage Electronic Registration Systems Inc. et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 13-487 | Schacklin v. Pennymac Loan Services, LLC et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 13-494 | Tomasek v. Federal National Mortgage Association (For the quarterly retainer due in August, 2013) | $110 |
| CA 13-495 | McElroy v. Mortgage Electronic Registration Systems et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 13-496 | Chamberlain v. Wells Fargo Bank, N.A. (For the quarterly retainer due in August, 2013) | $110 |
| CA 13-509 | Stewart v. Plaza Home Mortgage, Inc. et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 13-528 | Nguyen v. Bank of America, N.A. et al (For the quarterly retainer due in August, 2013) | $110 |
| CA 13-532 | Feole v. Deutsche Bank National Trust Company (For the quarterly retainer due in August, 2013) | $110 |
| CA 13-545 | Vu v. OneWest Bank FSB et al (For the quarterly retainer due in August, 2013) | $110 |

/s/ Merrill Sherman
Merrill Sherman
Special Master

12/13/13
Date