UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ADRIANA RODRIGUEZ

     VS.                                  C.A. No: 13-353

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
ALIAS,MERSCORP HOLDINGS, INC.,
ALIAS,WELLS FARGO BANK N.A. as
TRUSTEE FOR BSSP TRUST
SERIES 2007-EMX1, ALIAS,
MARIX SERVICING, LLC AND
JOHN DOE, ALIAS

RESPONSE TO ORDER TO SHOW CAUSE

     Plaintiff, by her Attorney, responds to the Order to Show Cause that the Plaintiff has paid the Quarterly Retainer Share to the Office of Special Master.

     WHEREFORE the Plaintiff has shown cause that the case should not be dismissed.

                                          ADRIANA RODRIGUEZ
                                          By her Attorney

December 18, 2013

                                          /s/ John B. Ennis
                                          JOHN B. ENNIS, ESQ. #2135
                                          1200 Reservoir Avenue
                                          Cranston, Rhode Island 02920
                                          (401) 943-9230 – office

## CERTIFICATE OF SERVICE

I hereby certify that I emailed a copy of this Response to all parties, which are electronic filers and to The Office of the Special Master on December 18, 2013.

                                            s/John B. Ennis
                                            JOHN B. ENNIS, ESQ